UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARRELL RAY FITTS,

    Plaintiff,

v.                                            Case No: 8:14-cv-2784-T-36TGW

PINELLAS COUNTY TAX COLLECTOR,
SUSAN DWYER, DAVID BAILEY,
TROYANNA WOODWARD, JENNIFER
LEE DIETZ, DANIELLE MARIE EVANS,
MICHAEL DYWER and CRISTIN MARIE
MENDOZA,

    Defendants.
_____/

**O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on December 19, 2014 (Doc. 5).  In the Report and Recommendation, Magistrate Judge Wilson recommends that the complaint be dismissed, but that the plaintiff be allowed to file within thirty days an amended complaint that complies with the Federal Rules of Civil Procedure.  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff, Darrell Ray Fitts' Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED, without prejudice**. Plaintiff may file another motion for leave to proceed *in forma pauperis* with the amended complaint.

(3) Plaintiff's Complaint (Doc. 1) is dismissed without prejudice. Plaintiff is given leave to file an amended complaint within **THIRTY (30) DAYS** from the date of this order. Failure to file an amended complaint within this time period will result in dismissal of this action without further notice.

**DONE AND ORDERED** at Tampa, Florida on January 8, 2015.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record

2